BEFORE THE THIRD DIVISION, MARCH 15, 1944

**No. 49258.**—Protests 662713–G, etc., of Santo Alioto & Son et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to the Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith it was held to be properly dutiable upon the basis of the net weight of the cheese as returned by the United States weigher, not including the weight of the strings, less 2½ percent for inedible coverings. Protests sustained to this extent. Abstracts 40880 and 41794 cited.

**No. 49259.**—Protest 824288–G of Psaki Bros. (New York).

Opinion by KEEFE, J. It was stipulated that certain of the cheese in question is similar to the Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith it was held to be properly dutiable upon the basis of the net weight of the cheese as returned by the United States weigher, not including the weight of the strings, less 2½ percent for inedible coverings. A 2½ percent allowance was made for other cheese stipulated to be similar to the Sbrinz cheese the subject of Abstract 42146. Protest sustained to this extent.

**No. 49260.**—Protests 721707–G (A), etc., of Psaki Bros. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to the Pecorino Romano cheese the subject of *Locatelli* v. *United States* (T. D. 48284), which record was incorporated herein. The protests were therefore sustained to this extent.

**No. 49261.**—Protest 836067–G of Psaki Bros. (New York).

Opinion by KEEFE, J. It was stipulated that some of the cheese in question is similar to the Pecorino Romano cheese the subject of *Locatelli* v. *United States* (T. D. 48284) and that other items consist of cheese similar to the Sbrinz cheese the subject of Abstract 42146. The records in these cases were incorporated herein. The protest was therefore sustained as to these items.